# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

| | |
|---|---|
| **8300 HOLDING GROUP, LLC** | **CASE NO. 23-02116-KMS** |
| **DEBTOR.** | **CHAPTER 11** |

### Notice of Deficiency

To the Debtor and his attorney, if any:

For this case to be administered, it is necessary that the items(s) described below be filed **immediately**.

- **List of 20 Largest Unsecured Creditors**
  - *Individual Debtor - Official Form 104*
  - *Non-Individual Official Form 204*
- **Statement of Social Security Number** *(If the Debtor is an individual Official Form 121)*

In the event the above documents are not filed on or before **September 17, 2023**, the Court may dismiss this case without further notice or hearing.

Dated:  September 15, 2023                           Danny L. Miller, Clerk of Court

                                                     By:   /s/  Alexis Barbarin Bradley

                                                     Dan M. Russell, Jr. U. S. Courthouse
                                                     2012 15th Street, Suite 244
                                                     Gulfport, MS 39501
                                                     228-563-1790